```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

TALBERT NAPOLEAN GIBSON,      )
                              )
          Plaintiff,          )
                              )
v.                            )          1:18CV436
                              )
UNITED STATES OF AMERICA,     )
                              )
          Defendant(s).       )

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 24, 2018, was served on the parties in this action. (Doc. 2.) Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a civil complaint, on the proper Motion for Return of Property forms, which corrects the defects cited in the Recommendation. A judgment dismissing this action will be entered contemporaneously with this Order.

/s/   Thomas D. Schroeder
                                      United States District Judge

July 13, 2018